# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1357
_____

United States of America,

*Plaintiff - Appellee*,

v.

Jesus R. Sanchez-Meza,

*Defendant - Appellant.*
_____

Appeal from United States District Court
for the District of Nebraska - Lincoln
_____

Submitted: June 21, 2023
Filed: July 10, 2023
[Unpublished]
_____

Before LOKEN, COLLOTON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Jesus Sanchez-Meza appeals a sentence imposed by the district court[1] after he pleaded guilty to a drug offense pursuant to a binding plea agreement that contained

_____

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.

an appeal waiver. His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that enforcing the appeal waiver would result in a miscarriage of justice, and that the sentence was unreasonable. Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issues raised in this appeal, and that no miscarriage of justice would result from enforcing the waiver. *See United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc).

We have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the waiver. Accordingly, we dismiss this appeal based on the appeal waiver, and we grant counsel's motion to withdraw.

_____